**Motions to sell free and clear must be set for hearing under the local rules of court. Moreover, the required filing fee has not been paid and the certificate of service does not evidence service on the affected creditors in accordance with Rules 9014 and 7004. Denial is without prejudice.**

**THE RELIEF SOUGHT IN THIS ORDER IS DENIED.**
**SIGNED this 25th day of April, 2019**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case #: 18-bk-11658 MPP |
| | ) | |
| Edward Grant Jones | ) | Chapter 11 |
| Carolyn Goolsby Jones | ) | Individual |
| | ) | |
| Debtor(s) | ) | |

## ORDER

**To the debtor, creditors, and other parties in interest:**

This case is before the Court on the Debtors, Edward Grant Jones and Carolyn Goolsby Jones' Notice of Proposed Sale of Property, combined with Motion to Sell Property Free and Clear, of real property located at 6002 Hancock Road, 5950 Hancock Road, and 5948 Hancock Road. No response in opposition having been filed in the time provided, the sale is allowed and will proceed as follows:

The purchase price is $108,257.00, and the estate or the debtor(s) shall receive the following additional consideration: (1). Proceeds from the sell shall be paid to the respective lienholders to release their liens; (2). Prorated property taxes shall be paid at closing; (3). The sale

**DENIED**

is to be made by private sale under the terms and conditions of the April 4, 2019 Offer to Purchase Real Estate Agreement; (4). Any remaining proceeds shall be paid to Creditor FSG Bank, N.A. / Atlantic Capital, Brenda Lawson & Associates, LLC, to release their recorded lien / Deed of Trust, and; (5) said sale will take place 40 to 45 days from the April 4, 2019 execution date of the Offer to Purchase Real Estate Agreement.

###

**APPROVED FOR ENTRY:**

LAW OFFICE OF W. THOMAS BIBLE, JR.

/s/ W. Thomas Bible, Jr.
W. Thomas Bible, Jr. BPR 014754
Law Office of W. Thomas Bible, Jr.
6918 Shallowford Road, Suite 100
Chattanooga, TN 37421
423-424-3116
tom@tombiblelaw.com
Attorney for the Debtor

DENIED